ACKNOWLEDGED. Case is dismissed without prejudice.
DATED: Nov 18, 2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Ilene Sorenson and Scott Sorenson

Civil Case # 1:18-cv-03562-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiffs Ilene Sorenson and Scott

Sorenson, and hereby respectfully gives notice of the voluntary dismissal of the above-styled

lawsuit as to all Defendants in Civil Action No. 1:18-cv-03562-RLY-TAB.

Dated: November 12, 2025.

Respectfully Submitted,

/s/ Thomas Wm. Arbon
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

*Attorney for Plaintiffs*